**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-7105**

KENNETH LEE NICKOSON,

Plaintiff - Appellant,

v.

RACHAEL BAUMGARDNER, RN; ALAN BARNETT, MD; WEXFORD
HEALTH SOURCES, INC.,

Defendants - Appellees,

and

GEORGE TRENT, Warden; KEVIN HALLORAN, Chairman of the Board,

Defendants.

Appeal from the United States District Court for the Northern District of West Virginia, at
Martinsburg.  Gina M. Groh, District Judge.  (3:22-cv-00087-GMG)

Submitted:  January 17, 2024                    Decided:  February 14, 2025

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kenneth Lee Nickoson, Appellant Pro Se.  Jordan K. Herrick, James William Marshall, III, BAILEY & WYANT, PLLC, Charleston, West Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Lee Nickoson appeals the district court's order accepting in part the recommendation of the magistrate judge and dismissing Nickoson's 42 U.S.C. § 1983 complaint, in which Nickoson alleged that Defendants were deliberately indifferent to his serious medical needs, in violation of the Eighth Amendment.  Although the district court erred in its standard of review of Nickoson's objections, Nickoson failed to object, so he forfeited any challenge on this point. We find that the magistrate judge failed to apply *de novo* review of Nickoson's motion to dismiss, but having reviewed the record, we do not find reversible error.  Accordingly, we deny Nickoson's motion to appoint counsel, and we affirm the district court's order. *Nickoson v. Trent*, No. 3:22-cv-00087-GMG (N.D. W. Va. Sept. 21, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*